

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 30, 1970

Honorable Robert S. Calvert          Opinion No. M- 601
Comptroller of Public Accounts
State Capitol Building               Re: .Interagency contract pro-
Austin, Texas   78711                    posed between the Comptroller
                                         and the Attorney General
                                         concerning electronic termi-
                                         nal for use of the electronic
                                         data processing center op-
Dear Mr. Calvert:                        erated by the Comptroller.

          Your request for an opinion reads as follows:

          "Thank you for your letter of March 10
relative to connecting a terminal in your of-
fice to my .computer.

          "Since the passage of the Interagency
Cooperation Act this office has held a de-
partment may not buy equipment not needed by
the department but used solely to perform a
contract with another department.

          "So there may be no question of reim-
bursement to the Comptroller under an Inter-
agency Contract with you, (assuming Board of
Control approval), I request your official
opinion if the Comptroller may be paid under
each of the following:

          "1.   The Comptroller contracts with a
third party to system design, program, test,
and the documentation necessary to the op-
eration of your terminal, none of such serv-
ices necessary to the operation of the Comp-
troller's Department.

          "2.   The Comptroller's staff does the
system design, programming, testing and
documentation necessary for the operation of
your terminal, none of such services necessary

-2868-

to the operation of the Comptroller's Department.

"3. The Comptroller increases its rental contract with IBM for devices added to its computer configuration, necessary to handle the addition of your terminal, such devices not necessary to the operation of the Comptroller's Department.

"4. The increased charges by IBM on a System Management Agreement which are due to the addition of your terminal, such terminal not necessary to the operation of the Comptroller's Department."

Article 6252-12, Vernon's Civil Statutes, reads as follows:

"From and after the effective date of this Act every state agency wherever practicable shall use the electronic data processing center operated by the Comptroller of Public Accounts in performing such accounting and data processing activities of the agency as may be practically adapted to the use of this equipment. The Comptroller of Public Accounts shall permit the use of the central electronic computing and data processing center equipment by all other agencies of the state with or without charge, but under such rules and regulations as may insure the proper use and functioning of such equipment for the efficient and economical management of state government."

Section 3 of Article 4413(32), Vernon's Civil Statutes, provides in part as follows:

"Any state agency may enter into and perform a written agreement or contract with other agencies of the state for furnishing necessary and authorized special or technical services, including the services of employees, the services of materials, or the services of equipment. . . ."

In Attorney General's Opinion M-160 (1967), it was held that under the provisions of Article 4413(32) the University of Texas might enter into interagency contracts with the Coordinating Board, whereby it will furnish the Coordinating Board at cost certain data processing equipment and services.

Section 41 of Article V of House Bill 2, Acts 61st Leg., 2nd C.S. 1969 (current General Appropriation Act) provides in part as follows:

". . . It is the expressed intent of the Legislature that existing tabulating and data processing installations of the State Government shall be efficiently utilized through interagency agreements with State departments and agencies needing such services, prior to the expenditure of public funds for separate and additional installations of such equipment."

In view of the foregoing you are advised that the Comptroller of Public Accounts and the Attorney General may enter into interagency contracts as outlined in your request for the use of certain data processing equipment in the Comptroller's office and the Comptroller may be reimbursed at cost pursuant to Section 3, Article 4413(32) and Article 6252-12.

## SUMMARY

The Comptroller of Public Accounts and the Attorney General may enter into interagency contracts as outlined in the request for the use of certain data processing equipment in the Comptroller's office and the Comptroller may be reimbursed at cost pursuant to Section 3, Article 4413(32) and Article 6252-12, Vernon's Civil Statutes.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

Hon. Robert S. Calvert, page 4 (M-601)


APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen , Acting Co-Chairman
William J. Craig
Fielding Early
R. D. Green
Jerry Roberts

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant